IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01570–EWN–MJW

ROBERT A. NEELY,

    Plaintiff,

v.

WARDEN OF THE FREMONT
CORRECTIONAL FACILITY,

    Defendant.

# ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Defendant's Motion to Dismiss Plaintiff's Complaint" filed September 19, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant's motion to dismiss Plaintiff's Complaint (#5) filed August 14, 2006 is GRANTED.

3. This case is dismissed with prejudice in its entirety.

DATED this 13th day of November, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge